Date signed August 07, 2007



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:   Case No.:   07–14018 – NVA   Chapter:   7

Remie C. Danielson
313 W. Arundel Road
Baltimore, MD 21225

Creditor – Household Finance, Inc.

Reaffirmation – 22

## STATEMENT OF REVIEW

The above identified Reaffirmation Agreement has been reviewed. It appearing that all requirements of 11 U.S.C. § 524 have been complied with, counsel for debtor has made the certification set forth in 11 U.S.C. § 524(c)(3), and Part D of the Reaffirmation Agreement is completed in a manner not significantly disparate from the sworn statements of the debtor in Schedules I and J and creates no presumption of undue hardship under 11 U.S.C. § 524(m). No hearing, determination, or order is required.

cc:   Debtor(s)
      Attorney for Debtor(s) – Edward D. Groh
      Chapter 7 Trustee – Lori S. Simpson
      Creditor – Household Finance, Inc.

**34.4 –** *ywilson*

### End of Order